Joel S. Cohen, P.C.
11 East Broadway, Suite 8-D
New York, NY 10038
Tel: 212-571-8899
Fax: 212-571-9557
Email: jcesq99@aol.com



BROOKLYN OFFICE

September 22, 2005

Via Facsimile and ECF
The Honorable John Gleeson
United States District Judge
United States District Court
225 Cadman Plaza
Brooklyn, NY 11201

s/John Gleeson

Re: United States v. Renato Muzii
Docket No.02 CR 1078 (JG)

Dear Judge Gleeson:

On August 25, Your Honor granted my application, with the consent of AUSA Tanya Hill, to adjourn Mr. Muzii's September 9 surrender day until September 30, as he had not yet been designated to a BOP facility. To date, that designation has not occurred.

I have discussed this matter with Ms. Hill, and she has again consented to adjourn the date for Mr. Muzii's voluntary surrender, this time for 30 days. Because October 30 is a Sunday, I request respectfully request that the Court grant my application and permit Mr. Muzii to extend his surrender date until October 31   Thank you.

Very truly yours,

Joel S. Cohen

cc: Tanya Hill, AUSA