

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AW:TYH
F.# 9602372
muzii2255ltr.wpd

*156 Pierrepont Street*
*Brooklyn, New York 11201*

January 19, 2006

*s/John Gleeson*

RECEIVED
JAN 20 2006
CHAMBERS OF JUDGE GLEESON

Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Renato Muzii
Civil Docket No. 06-157 (2255 Petition)
Criminal Docket No. 02-1078 (JG)

Dear Judge Gleeson:

According to the Court's order of January 9, 2005, the government's response to the defendant's 2255 petition would be due today. The government submits this letter to confirm the extension of time, until Monday, January 23, 2006, to submit the government's response. Petitioner's rebuttal response to the government's response was scheduled for January 23, 2006; we also confirm the adjournment of the due date for rebuttal response to January 30, 2006. Defense counsel has no objection.

In addition, defense counsel informs me that he has jury duty next week when the argument on this matter is scheduled. In light of that, along with the additional time the government has to submit its response to the petitioner's motion, this also confirms that the argument on this matter is adjourned from January 27, 2006 to February 3, 2006 at 11:00 a.m. Defendant's surrender date remains February 27, 2006.

Respectfully submitted,

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY

By: _____
TANYA Y. HILL
Assistant U.S. Attorney

cc: Joel S. Cohen, P.C.
11 East Broadway, Suite 8-D
New York, NY 10038